IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARITHA STANLEY-ADAMS,

Plaintiff,

v.                                          Case No. 22-cv-165 JPG

ST. CLAIR COUNTY,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.


Dated: 1/4/2023                    **MONICA A. STUMP, Clerk of Court**

                                   **s/Tina Gray, Deputy Clerk**


**Approved:**    ***s/J. Phil Gilbert***
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**